UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PATRICK CARUSO, d/b/a
Premier Fence Specialists,

Plaintiff,

v.

STANLEY WORKS, INC.,

Defendant.

CIVIL NO. 01-2293 (RHK/AJB)

ORDER/NOTICE OF HEARING

PLEASE TAKE NOTICE that the hearing on Defendant's Motion to Compel [Docket No. 11] has been rescheduled to be heard before the undersigned on Monday, June 24, 2002 at 9:30 a.m. in Courtroom 628A. U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: June 17, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge

JUN 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK