UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

PATRICK CARUSO, d/b/a Premier Fence Specialists,

Plaintiff,

v.

THE STANLEY WORKS,

Defendant.

Civil No. 01-2293 RHK/AJB

ORDER

---

The above-captioned matter came on for consideration before the United States District Court, District of Minnesota, Magistrate Judge Arthur J. Boylan, on the joint motion of Plaintiff Patrick Caruso, d/b/a Premier Fence Specialists and Defendant The Stanley Works, to amend the pretrial scheduling order.

Now, based on all the files, records and pleadings herein,

IT IS HEREBY ORDERED:

1. That the motion of the parties is in all respects granted;
2. That the non-expert discovery deadline is extended to August 1, 2002;
3. That the deadline for submission of Plaintiff's expert reports is extended to August 1, 2002;
4. That the deadline for submission of Defendant's expert reports is extended to September 1, 2002;
5. That the deadline for completion of all discovery is extended to

Filed JUL 01 2002
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

October 1, 2002; and

6. That the deadline for all non-dispositive motions is extended to October 5, 2002.

Dated: 7/1/02

ARTHUR J. BOYLAN
United States Magistrate Judge

MEMORANDUM

The dispositive motion deadline and trial readiness deadlines previously entered are not affected by the Order.

AJB