**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Patrick Caruso, d/b/a Premier Fence Specialists,

Plaintiff,

vs.

The Stanley Works,

Defendant.

File No.: 01-CV-2293 RHK/AJB

**ORDER**

This matter came on before the Court pursuant to the Stipulation of the parties to 1) Amend the Complaint to substitute Premier Fence, Inc., a Minnesota corporation, for Patrick Caruso, d/b/a Premier Fence Specialists; and 2) Amend the Answer of Defendant to add a Counterclaim.

Pursuant to the Stipulation of the parties, the Court here orders that:

1) Premier Fence, Inc., a Minnesota corporation, may be substituted as the plaintiff in this matter for Patrick Caruso, d/b/a Premier Fence Specialists, and that the plaintiff may serve and file the Amended Complaint by mail. It is further ordered the defendant's previous Answer may stand, and no further pleading by the defendant in response to the plaintiff's Amended Complaint will be necessary.

2) Defendant The Stanley Works may amend its Answer to add a Counterclaim.

IT IS SO ORDERED.

Date: 7/1, 2002

Magistrate Judge Arthur J. Boylan

M2:20471664.01

FILED JUL 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______