**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Premier Fence, Inc., a Minnesota corporation

Plaintiff,

v.

The Stanley Works, Inc.,

Defendant.

Civil No. 01-2293 RHK/AJB

**ORDER ON MOTION TO SUPPLEMENT EXPERT REPORT AND MOTION TO EXTEND DISCOVERY**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's Motion to Supplement the Expert Report of Patrick Caruso [Docket No. 31] and defendant's Motion to Extend the Discovery Deadline [Docket No. 28]. Hearing was held on August 26, 2002, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Alfred H. Edwall, Jr., Esq., appeared on behalf of the plaintiff. Amy R. Freestone, Esq., appeared on behalf of the defendant.

Based upon the file and documents contained therein, along with memorandums, affidavits and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Supplement the Expert Report of Patrick Caruso is **granted** [Docket No. 31] as further provided herein.

2. Plaintiff is hereby permitted to supplement to expert report of Patrick Caruso. The Court is advised that the supplemented report has already been served on the defendant. Defendant shall be permitted to reconvene the deposition of Mr. Caruso for a period of time not



FILED AUG 2 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

to exceed a total of seven hours, excluding breaks. The subject matter of the renewed deposition shall be limited to topics addressed in the supplemental expert report. The Court notes that the expert in this instance is in-house and is not a witness retained or specially employed to provide expert testimony, thereby required to prepare a written report pursuant to Fed. R. Civ. P. 26(a)(2)(B). However, in light of plaintiff's submission of an initial expert report and a supplemental expert report, the Court is persuaded the plaintiff should be permitted to depose the expert with respect to the opinions expressed in such reports.

4. Defendant's Motion to Extend the Discovery Deadline is **granted in part and denied in part** [Docket No. 28]. Defendant's request that the discovery deadline for defendant's expert, Dana House, be extended to October 1, 2002, is denied. The deadline shall be extended to September 9, 2002. Plaintiff shall provide all requested financial information and documents reviewed or relied upon by its experts on or before August 30, 2002.

Dated: August 26, 2002

Arthur J. Boylan
United States Magistrate Judge