**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Premier Fence Specialists, Inc., Plaintiff, | Civil No. 01-CV-2293 |
| vs. | |
| The Stanley Works, Defendant. | ~~PROPOSED~~ ORDER |

The above-captioned matter came on for consideration before the United States District Court, District of Minnesota, Judge Richard Kyle presiding, on the motion of Defendant The Stanley Works ("Stanley"), for extension of the dispositive motion deadline to November 13, 2002.

Now, based on all the files, records and pleadings herein,

IT IS HEREBY ORDERED:

1. That the motion of Stanley is in all respects granted;

2. That the deadline for hearing of all dispositive motions in this case is November 13, 2002. The case will remain on the Court's January, 2003 trial calendar. RHK

10/10/02

Judge Richard Kyle
United States District Court
District of Minnesota

M2:20495619.01

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK