C 01-2293
RHK/AJB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR JANUARY, 2003 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning January 1, 2003. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (<u>all filings shall be in St. Paul</u>) in accordance with the following schedule:

By <u>December 12, 2002</u>:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>December 19, 2002</u>:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By <u>December 24, 2002</u>: Responses to the Written Objections.

Dated: November 4, 2002

RICHARD H. KYLE
United States District Judge

FILED NOV 0 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

| | | |
|---|---|---|
| **1.** | **Sulzer Spine-Tech, Inc.** | **Ronald Lee**<br>**612-766-7000** |
| | **vs CV 01-1719 RHK/SRN**<br>**COURT** | |
| | **Paul R. Breitenbach** | **Lisa Drill**<br>**715-246-2211** |
| **2.** | **Ingenix Inc.** | **Peter Lancaster**<br>**612-340-2600**<br><br>**Steven Glazer**<br>**Yoav M. Griver**<br>**Leslie Spencer**<br>**212-310-8000** |
| | **vs CV 01-704 RHK/SRN**<br>**JURY** | |
| | **Symmetry Health Data Systems, Inc.** | **Patrick Reinken**<br>**612-340-7951**<br><br>**Daniel Maynard**<br>**Douglas Erickson**<br>**602-279-8500** |
| **3.** | **Premier Fence Inc.** | **Alfred Edwall Jr.**<br>**651-489-7371** |
| | **vs CV 01-2293 RHK/AJB**<br>**JURY** | |
| | **Stanley Works Inc.** | **Linda Svitak**<br>**Amy Freestone**<br>**612-766-7000** |

| | | |
|---|---|---|
| **4.** | **John William Parker** | **John Parker** |
| | **vs CV 01-1918 RHK/RLE**<br>**FERGUS FALLS**<br>**COURT** | |
| | **Sid Canham, individually**<br>**and as an employee of Mahnomen**<br>**County**<br>**ET AL** | **Thomas Carlson**<br>**661-221-0732** |