**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Premier Fence, Inc., a Minnesota Corporation,

Plaintiff,

v.

Stanley Works, Inc.,

Defendant.

Civil No. 01-2293 (RHK/AJB)

**ORDER**

---

The above matter is set for trial before the undersigned and a jury on January 29, 2003; this Court's Orders of August 7, 2002 and November 4, 2002 are **VACATED**.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By January 7, 2003:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By January 14, 2003:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and

DEC 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By January 21, 2003: Responses to the Written Objections.

Dated: December 5, 2002

RICHARD H. KYLE
United States District Judge